IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: IN RE: NEOMEDIC
 PELVIC SUPPORT SYSTEM
 PRODUCTS LIABILITY LITIGATION    MDL 2511

---

THIS DOCUMENT RELATES TO:

*Brockington et al. v. Desarrollo e*    Civil Action No. 2:14-cv-17950
*Investigación Médica Aragonesa, S.L., et al.*

## MEMORANDUM OPINION AND ORDER

By Pretrial Order ("PTO") # 32 (Order re: Production of Plaintiff Profile Forms and Case-Specific Information and Documents for Certain Neomedic MDL Plaintiffs), I ordered that certain plaintiffs submit a substantially completed Plaintiff Profile Form and other documents on or before November 23, 2016 [ECF No. 145]. I warned that "[a]ny plaintiff who fails to comply with this PTO may be subject to a substantial sanction, including dismissal with prejudice." PTO # 32. The Special Master identified the case of *Brockington et al. v. Desarrollo e Investigación Médica Aragonesa, S.L., et al.* as failing to comply with PTO # 32 in a report submitted to me on November 30, 2016 [ECF No. 161].

By PTO # 35 entered on December 6, 2016, I set a Show Cause Hearing for January 4, 2017. I directed the Brockingtons to appear in person to show cause why their case should not be dismissed with prejudice for failure to serve a PPF [ECF No. 165]. The Brockingtons did not appear at the Show Cause Hearing. For the reasons

stated on the record, it is **ORDERED** that plaintiffs' case is **DISMISSED with prejudice**.

The court **DIRECTS** the Clerk to send a copy of this Judgment Order to counsel of record and to the plaintiffs via certified mail, return receipt requested to the following address:

>Tanya Couts Brockington and Carnell L. Brockington
>210 Patterson Street,
>Copperas Cove, TX 76522

ENTER: January 6, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2